IMAGINAL SYSTEMATIC, LLC,
Plaintiff–Appellee,

v.

LEGGETT & PLATT, INC. and
Simmons Bedding Company,
Defendants–Appellants,

and

Does 1–10, Inclusive, Defendants.

No. 2012–1313.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2013.

Steven M. Hanle, Sheppard, Mullin, Richter & Hampton, LLP, of Costa Mesa, CA, argued for plaintiff-appellee. With him on the brief were Paul W. Garrity, Ryan E. Lindsey and Mark L. Blake.

Debra J. McComas, Haynes and Boone, LLP, of Dallas, TX, argued for defendants-appellants. With him on the brief were Donald E. Tiller; and Kenneth G. Parker, of Irvine, CA.

RADER, Chief Judge, LOURIE, Circuit Judge and DAVIS *, Chief District Judge.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Honorable Leonard Davis, Chief District Judge, United States District Court for the

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.